## IN THE UNITED STATES MIDDLE DISTRICT COURT

## LOUISIANA

--------------------------------------------------------------------------------

MANNA MASSAQUOI,                        *      COMPLAINT No. _____

            **Plaintiff;**                        *

    v.                                  *

REBECCA GURGANUS, JEFFREY FREE,  *

ERIC McFARLAND, JIMMY BINGHAM,   *

RICHARD VOOHIES,  GEO GROUP INC, *

and U.S. IMMIGRATION and CUSTOMS  *

ENFORCEMENT "ICE"                        *

           **Defendants.**                        *      **JURY TRIAL REQUESTED**

> RECEIVED
>
> MAR -5 2026
>
> U.S. DISTRICT COURT
> MIDDLE DISTRICT OF LOUISIANA
>
> DEPUTY CLERK

--------------------------------------------------------------------------------

## INTRODUCTION

1.    This is a civil action authorized by both Bivens (Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)) and 42 U.S.C. § 1983, to redress the deprivations, under color of federal laws, for violation of rights secured by the United States Constitution.

## JURISDICTION

2.    This Court has jurisdiction under 28 U.S.C. § 1331 and 1343(a)(3), as the Plaintiff seeks claims for injunctive reliefs authorized by 28 U.S.C. § 2283 and 2284, also Rule 65 of the Federal Rules of Civil Procedures and for declaratory reliefs authorized by 28 U.S.C. § 2201 and 2202.

## VENUE

3.    The United States Middle District Court of Louisiana is an appropriate venue under 28 U.S.C. § 1391(b)(2) because it is where the events giving rise to this action claims occurred.

## PARTIES

4.    Plaintiff, Manna Massaquoi, pro-se litigant is a legal immigrant and federal immigration civil detainee, who is being held in federal immigration civil detention since

August 10, 2022 but within the Central Louisiana ICE Processing Center ("CLIPC") from March 4, 2024 to September 4, 2025.

5. Defendants, [Lt.] Rebecca Gurganus, [Sgt.] Jeffrey Free, [Major] Eric McFarland, [Grievance Coordinator] Richard Voohies and [Assistant Warden] Jimmy Bingham, are legally responsible for the daily operations and welfare of all the civil detainees in that facility.

6. Defendant, U.S. Immigration and Customs Enforcement "ICE" is the agency responsible for the detention and welfare of the civil detainees in their detention custody.

7. Defendant, Geo Group, Inc. contracted with ICE to detain civil detainees and is legally responsible for the operation of the facility.

8. Each Defendant is sued individually and in his or her personal and or official capacities, and at all times mentioned in this complaint each Defendant acted under color of federal and state laws.

## FACTS

9. Plaintiff, Manna Massaquoi, pro-se litigant is a native national of the Republic of Liberia, who enter the United States on about November 12, 2006 as a legal and lawful permanent resident "LPR," born on January 27, 1984 to a naturalized American biological father (Mr. Chris T.H. Massaquoi).

10. Plaintiff asserts while detained at the CLIPC (Eagle Alpha Cell-11), on about November 21, 2024 while accessing the outdoor recreation (Facon Yard), the Defendants moved the Plaintiff's property from the cell to another pod (Eagle Bravo Cell-11) to a camera cell without the Plaintiff's request and subjected the Plaintiff to unlaweful 24 hours surveillance.

11. Plaintiff asserts when the 24 hours surveillance didn't give them the reaction they expected, the Defendants then took all of the Plaintiff's commissary items from his assigned cell while still being held in the surveillance cell and said that [s]he have excessive commissary items, knowing that [s]he's entitled to order $150 commissary twice (Mondays and Wednesdays) weekly.

## REMEDIES EXHAUSTION

12. Plaintiff has exhausted any and all administrative remedies to the extent required by laws.

## PRAYER FOR RELIEFS

Wherefore, the Plaintiff requests that the Court:

13.    Declare that the Defendants violated the Plaintiff's Constitutional rights as defined by the federal, state and local laws.

14.    Enjoin the Defendants from violating the Plaintiff at the CLIPC and all immigration civil detention facilities nationwide from such violations.

15.    Find and declare injunctive and declaratory reliefs against the Defendants for its unlawful practices of violating the Plaintiff and civil detainees at the CLIPC.

16.    Plaintiff requests that the Defendants pay him $15,999.99 for compensatory and punitive damages.

17.    Plaintiff requests additional reliefs it deems necessary and as the interest of justice may require.

Respectfully submitted,

Manna Massaquoi (Alien: #A-057743631)
Louisiana ICE Processing Center
17544 Tunica Trace, Camp 57, Ind.1.R.10
Angola, LA 70712
P#: (225)-655-9013

Manna MassaQuoi (Alien #057743631)
Louisiana ICE Processing Center
17544 Tunica Trace, Camp 57, Ind. 1·R·10
Angola, LA 70712

LEGAL MAIL
3/2/26

BATON ROUGE LA

4 MAR 2026

USA ★ FOREVER

SCREENED U.S. MARSHAL

Clerk of Courts,
U.S. Middle District Court
777 Florida Street, Ste. 139
Baton Rouge, LA 70801

70801-176699